# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: T.R. | : No. 913 MAL 2014 |
| | : |
| | : |
| PETITION OF: T.R. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.